UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YVETTE BONNER,<br><br>　　　　　Defendant. | 2:17-po-00368-CKD<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE:　January 7, 2019<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00368-CKD without prejudice is GRANTED.

It is further ordered that the bench trial scheduled January 7, 2019, at 9:00 a.m. is vacated.

SO ORDERED.

Dated: January 2, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE TRIAL　　　1　　　U.S. v. YVETTE BONNER